

# Fourth Court of Appeals
## San Antonio, Texas

October 24, 2017

No. 04-17-00414-CV

Sylvia **GARDNER,**
Appellant

v.

Eric **GARDNER,**
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-00678
Honorable David A. Canales, Judge Presiding

## O R D E R

On October 3, 2017, after the court reporter filed a notice of late record and advised this court that Appellant has not paid the fee to prepare the reporter's record, we ordered Appellant to provide written proof to this court by October 13, 2017, that (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee, or (2) Appellant is entitled to appeal without paying the reporter's fee.

On the due date, Appellant filed a written response indicating she has made arrangements to pay for the reporter's record. Our October 3, 2017 show cause order is satisfied.

The reporter's record is due on November 13, 2017.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of October, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court